IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ILIR ALIU,** | § § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO.  3:19-CV-00438-C |
| **THE RITZ-CARLTON HOTEL COMPANY, L.L.C.,** | § § § § | |
| Defendant. | § § | |

## JOINT MOTION TO STAY PENDING ARBITRATION

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 3, Plaintiff Ilir Aliu ("Plaintiff") and Defendant The Ritz-Carlton Hotel Company, L.L.C. ("Defendant") (Plaintiff and Defendant are collectively referenced as the "Parties") hereby respectfully request that this Court stay further proceedings in this action pending the completion of arbitration and in support state the following:

1. Plaintiff and Defendant are parties to an enforceable mutually binding arbitration agreement ("Arbitration Agreement") that covers all claims brought by Plaintiff in the instant lawsuit.  The Parties have agreed to move this matter into arbitration and stay this case pending the resolution of Plaintiff's claims pursuant to the Arbitration Agreement.

2. Therefore, the Parties respectfully request entry of the Order filed contemporaneously herewith compelling the arbitration of this matter and staying this lawsuit pending the outcome of the arbitration proceeding.

Dated: September 10, 2019

Respectfully submitted,

*/s/ Jennifer A. Youpa*
Jennifer A. Youpa
Texas Bar No. 01383400
jyoupa@littler.com
Kathryn B. Blakey
Texas Bar No. 24111394
kblakey@littler.com
Laura Dietrich
Texas Bar No. 24088589
ldietrich@littler.com

LITTLER MENDELSON, P.C.
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX  75201-2931
214.880.8100
214.880.0181 (Facsimile)

**ATTORNEYS FOR DEFENDANT THE RITZ-CARLTON HOTEL COMPANY, L.L.C.**

*/s/ Robert J. Wood, Jr.*
Robert J. Wood, Jr.
Texas Bar No. 007887212
robert@mylawteam.com
T. Blake Edwards
Texas Bar No. 24050553
blake@mylawteam.com
1700 Pacific Avenue
Suite 2280
Dallas, TX 75201
214.382.9789
214.953.0410 (Facsimile)

**ATTORNEYS FOR PLAINTIFF ILIR ALIU**

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 10th day of September, 2019, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the Case Management/Electronic Case Filing (CM/ECF) system of the Court. The CM/ECF system sent a Notice of Electronic Filing to the following counsel of record, who has consented in writing to accept service of this document by electronic means:

Robert J. Wood, Jr.
T. Blake Edwards
LINDQUIST WOOD EDWARDS, LLP
1700 Pacific Street, Suite 2280
Dallas, TX  75201

                        */s Jennifer A. Youpa*
                        Jennifer A. Youpa

4841-5694-2756.1 025237.1030

---

**JOINT MOTION TO STAY PENDING ARBITRATION**            **PAGE 3**